

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Michael L. McConnell**
**Clerk of Court**

**Telephone: 225-389-3500**
**Facsimile: 225-389-3501**

August 20, 2024

Dustin Charles Talbot
Federal Public Defender
Louisiana
102 Versailles Boulevard
Suite 816
Lafayette, LA 70501

Re: USDC Case No. 3:19-cr-00115-BAJ-RLB-1; USA v. Kirk
    USCA Case No. 24-30407

## *NOTICE TO COUNSEL*

Per your request to view all sealed documents and having the approval from the Fifth Circuit Court of Appeals, the sealed documents are being provided. Please make note of the following:

- *Sentencing Recommendations are never released to the public.*
- *Any request to view any other sealed documents must be submitted to the Fifth Circuit for approval.*
- *You are reminded not copy or divulge the contents of these pleadings.*

Sincerely,
Michael L. McConnell, Clerk

BY: *Nicole' L. Toups*
Deputy Clerk

Received by:

Date: